**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **DAVID ARANOVSKY,**<br>*Plaintiff,*<br><br>**v.**<br><br>**TEMPLE UNIVERSITY et al.,**<br>*Defendants.* | **Civil No. 25-6797** |

**ORDER**

**AND NOW**, on this 30th day of July, 2026, upon review of Plaintiff's Complaints (ECF Nos. 1 and 12), it is hereby **ORDERED** that this action is dismissed in its entirety pursuant to Federal Rule of Civil Procedure 12(b)(1) for the reasons stated in the accompanying memorandum.

**BY THE COURT:**

MARY KAY COSTELLO
United States District Judge